ALICE BERWANGER, Appellant, *v.* CITY OF NEW YORK, Respondent.

Submitted October 7, 1946; decided November 14, 1946.

*Robert Hill Nix* for appellant.

*John J. Bennett, Corporation Counsel* (*Fred Iscol* and *Seymour B. Quel* of counsel), for respondent.

Judgment affirmed, with costs. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.